THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMIR ABOULHOSN AND MAJDA ABOULHOSN,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; FEDERAL HOME LOAN MORTGAGE CORPORATION; NORTHWEST TRUSTEE SERVICES<br><br>　　　　　　　　　Defendants. | NO. 2: 13-cv-02013-RAJ<br><br>**STIPULATION AND ORDER TEMPORARILY RESTRAINING TRUSTEE'S SALE** |

　　　Plaintiffs Samir and Majda Aboulhosn and Defendants Wells Fargo Home Mortgage, Federal National Mortgage Corporation and Northwest Trustee Services stipulated and agree as follows:

　　　1.　　The trustee's sale currently scheduled for December 9, 2013 of the real property located at 15610 93rd Court NE, Bothell, WA 98011 ("Property") will not occur on December 9, 2013 and Northwest Trustee Services is restrained from proceeding with a trustee sale of the Property before January 10, 2014, on which date this order will dissolve and be of no further force or effect, unless otherwise extended or modified by written order of this court.

STIPULATION AND PROPOSED ORDER
TEMPORARILY RESTRAINING TRUSTEE'S SALE - 1

Northwest Consumer Law Center
520 EAST DENNY WAY
SEATTLE, WASHINGTON  98122
(206) 805-0989
FAX (866) 526-9994



2. This order in no way prohibits the Plaintiffs from seeking further restraint of the trustee's sale by agreement between the parties or by further order of this court.

3. This order is, in no way, any admission of any wrongdoing or liability by Defendants. This order in no way prohibits Defendants from taking any and all steps regarding the Property, including holding a trustee's sale, on any date permitted by law after January 10, 2014, or such earlier date if this order is otherwise dissolved.

4. Plaintiffs agree to pay $2,527.06 into the registry of the court as security to the Defendant Wells Fargo on or before December 1, 2013.

5. If Plaintiffs fail to pay $2,527.06 into the registry of the court as provided in Paragraph 3, this order shall dissolve and be of no further force and effect as of December 12, 2014.

6. All sums paid into the court registry pursuant to this order shall be disbursed to Wells Fargo upon the dissolution of the order and applied to the amounts due on the obligation secured by the Deed of Trust being foreclosed.

DATED this 19th day of November, 2013.

NORTHWEST CONSUMER LAW CENTER                LANE POWELL, PC


By:   /s/ Kathleen Box                        By:   /s/ Andrew Yates
Kathleen S. Box, WSBA No. 45254                Ronald E. Beard, WSBA No.
Attorney for Plaintiffs                        Andrew G. Yates, WSBA No.
Samir Aboulhosn and Majda Aboulhosn            Attorney for Defendants


STIPULATION AND PROPOSED ORDER
TEMPORARILY RESTRAINING TRUSTEE'S SALE - 2

Northwest Consumer Law Center
520 EAST DENNY WAY
SEATTLE, WASHINGTON 98122
(206) 805-0989
FAX (866) 526-9994

NW CONSUMER LAW CENTER
A Non-Profit Law Firm Advocating for Rights of the Consumer

NORTHWEST TRUSTEE SERVICES, INC.


By:   /s/ Charles Katz
Charles E. Katz, WSBA No. 40610
General Counsel


## ORDER

In accordance with the parties' stipulation, it is HEREBY ORDERED AS FOLLOWS:

1.   The trustee's sale currently scheduled for December 9, 2013 of the Property will not occur on December 9, 2013 and Northwest Trustee Services is restrained from proceeding with a trustee sale of the Property before January 10, 2014, on which date this order will dissolve and be of no further force or effect, unless otherwise extended or modified by written order of this court.

2.   This order in no way prohibits the Plaintiffs from seeking further restraint of the trustee's sale by agreement between the parties or by further order of this court.

3.   This order is, in no way, any admission of any wrongdoing or liability by Defendants.  This order in no way prohibits Defendants from taking any and all steps regarding the Property, including holding a trustee's sale, on any date permitted by law after January 10, 2014, or such earlier date if this order is otherwise dissolved.

STIPULATION AND PROPOSED ORDER
TEMPORARILY RESTRAINING TRUSTEE'S SALE - 3

Northwest Consumer Law Center
520 EAST DENNY WAY
SEATTLE, WASHINGTON  98122
(206) 805-0989
FAX (866) 526-9994

NW CONSUMER LAW CENTER
*A Non-Profit Law Firm Advocating for Rights of the Consumer*

4. Plaintiffs agree to pay $2,527.06 in to the registry of the court as security to the Defendant Wells Fargo on or before December 1, 2013.

5. If Plaintiffs fail to pay $2,527.06 into the registry of the court as provided in Paragraph 3, this order shall dissolve and be of no further force and effect as of December 12, 2014.

6. All sums paid into the court registry pursuant to this order shall be disbursed to Wells Fargo upon the dissolution of the order and applied to the amounts due on the obligation secured by the Deed of Trust being foreclosed.

SO ORDERED this 25th day of November, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

STIPULATION AND PROPOSED ORDER
TEMPORARILY RESTRAINING TRUSTEE'S SALE - 4

Northwest Consumer Law Center
520 EAST DENNY WAY
SEATTLE, WASHINGTON  98122
(206) 805-0989
FAX (866) 526-9994

