THE HONORABLE RICHARD A. JONES

UNITED STATES DISCRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMIR ABOULHOSN AND MAJDA ABOULHOSN,<br><br>              Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>              Defendants. | NO. 2: 13-cv-02013-RAJ<br><br>ORDER APPROVING WITHDRAWAL OF ATTORNEY |

THIS matter having come before the Court upon Stipulation of the parties; it is therefore ORDERED, ADJUDGED and DECREED as follows:

That Kathleen Box and Northwest Consumer Law Center is discharged from any further responsibility for representing the Plaintiffs in this case.

DATED this 25th day of November, 2013.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER APPROVING ATTORNEY WITHDRAWAL  - 1

Northwest Consumer Law Center
520 EAST DENNY WAY
SEATTLE, WASHINGTON  98122
(206) 805-0989
FAX (866) 526-9994

NW CONSUMER LAW CENTER
A Non-Profit Law Firm Advocating for Rights of the Consumer