HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMIR ABOULHOSN, et al.,

    Plaintiffs,

    v.

WELLS FARGO HOME MORTGAGE, et al.,

    Defendants.

CASE NO. C13-2013RAJ

ORDER

       This matter comes before the court on the parties' joint statement (Dkt. # 30) regarding the status of their settlement. The court had previously issued a minute order explaining that if the parties had not submitted a stipulation of dismissal by April 7, it would require the parties to appear in court to explain their inability to perfect their settlement.

       The joint statement, however, makes it unnecessary for the parties to appear in court. It persuasively explains why the parties have yet to perfect their settlement.

       The court, however, strongly prefers not to devote its limited resources to managing cases that have settled. In the ordinary case, upon receiving notice that a case has settled, the court will promptly issue an order of dismissal that permits the parties to reopen the case within 60 days if they are unable to perfect settlement. The court has not yet taken that course in this case, in part because this case arises out of a threatened

ORDER – 1

foreclosure of Plaintiffs' home, and the court did not want to take actions that might compromise the parties' negotiations which are aimed at keeping their home.

The court accordingly orders as follows. First, the court will extend the deadline for the parties to submit a stipulated dismissal of this case until April 24, 2014. Second, if the parties do not submit a stipulated dismissal by that deadline, the court will dismiss this case with prejudice and without court-ordered costs or attorney fees to any party. The order of dismissal will contain language that permits the parties to reopen the case if they are unable to perfect their settlement within 60 days. It will also contain language ordering that unless the parties reduce their settlement to writing, Defendants may not foreclose on Plaintiffs' home without reopening this case and obtaining leave of court to foreclose.

DATED this 14th day of April, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2